JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JAMES ANTHONY STEVENSON, | ) | NO. ED CV 16-1041-PA(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| TIM BEIARTCH, Director of the Dept. of Corrections, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: September 9, 2016.

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE